1040

KIM L. LEE, *Respondent*, v. SAFEWAY STORES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-09775-4, Katherine M. Stolz, J., entered May 20, 2011. *Reversed in part* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Van Deren, J.

TERRY A. TOWNSEND, *Appellant*, v. THE DEPARTMENT OF TRANSPORTATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-00209-5, Paula Casey, J., entered June 21, 2011. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Penoyar, J.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES RASHID HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-00719-7, Richard A. Melnick, J., entered August 5, 2011. *Remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Van Deren, J.

THE STATE OF WASHINGTON, *Respondent*, v. MARSELE KENITH HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01456-0, John A. McCarthy, J., entered August 19, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall and Van Deren, JJ.